IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL SCHAUB, | : | |
| | : | Civil Action No. 15-537 |
| Plaintiff, | : | |
| | : | Hon. Chief Judge Joy Flowers Conti |
| vs. | : | Hon. Chief Magistrate Judge Maureen P. Kelly |
| | : | |
| G4S SECURE SOLUTIONS, INC., | : | |
| | : | Electronically Filed |
| Defendant. | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come Plaintiff, Carol Schaub, by and through her undersigned counsel, Neal A. Sanders, Esquire and Defendant, G4S Secure Solutions, Inc., by and through its undersigned counsel, Lauren N. Diulus, Esquire and respectfully submit for filing this Joint Stipulation Of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice.

| | |
|---|---|
| LAW OFFICES OF NEAL A. SANDERS | JACKSON LEWIS, P.C. |
| /s/Neal A. Sanders | /s/Lauren N. Diulus |
| Neal A. Sanders, Esquire | Lauren N. Diulus, Esquire |
| PA ID NO. 54618 | PA ID NO. 90205 |
| Law Offices of Neal A. Sanders | Jackson Lewis, P.C. |
| 1924 North Main Street Ext. | One PPG Place, 28th Floor |
| Butler, PA 16001 | Pittsburgh, PA 15222 |
| Tele: (724) 282-7771 | Tele: (412) 232-0404 |
| Fax: (724) 285-6341 | Fax: (412) 232-3441 |
| lonas@earthlink.net | lauren.diulus@jacksonlewis.com |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: September 10, 2015

So Ordered:

Dated: September 15, 2015            /s/ Joy Flowers Conti